Amend

RECEIVED
JUL 14 2021 SECP
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____ lw
21-cv-01078

I would like to Amend My Prebious Suit.

Amend

Chief Ben Raymond
D. Washington (Rank OFC) Badge No. 1573 (USDC AR)
Davidson. C (Rank OFC) Badge No. 1630 (USDC AS)
Punative
Lawyer fees
Medical fees

For my Evidents
I would like for the Bodycamera of the Police Officer and they Taser Cartridges Most of all House ~~Vide~~ Video footage

I am Release all Medical Records to the Courts.